77 A.3d 1188

IN THE MATTER OF DAN A. DRUZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 022091980).

November 14, 2013.

## CORRECTED ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–149 of **DAN A. DRUZ** of **BELMAR,** who was admitted to the bar of this State in 1981;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0184E;

And the Disciplinary Review Board having further determined that respondent should be required to submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And the parties having consented to the reporting condition required by the Disciplinary Review Board;

And good cause appearing;

It is ORDERED that **DAN A. DRUZ** of **BELMAR** is hereby reprimanded;  and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years, and until the further Order of the Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.